FILED
CLERK, U.S. DISTRICT COURT
MAY - 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

JS-6

Aaron Craig (SBN 204741)
Fox Rothschild LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
(310) 598-4150

Attorneys for JMAS ENTERPRISES, INC., PHD MARKETING, INC. and THAER AHMAD

Gary L. Eastman, Esq. (CSB #182518)
Gary L. Eastman, APLC
401 West A Street, Suite 1785
San Diego, CA 92101
(619) 230-1144

Attorney for Defendants and Counterclaimants ASHLYNN MARKETING GROUP, INC and Defendants KASSIR IMPORT-EXPORT CO., INC., ZIAD G. KASSIR, WASEM SALIMAN, POWAY DISTRIBUTION and ROSS JARAMILLO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

| | |
|---|---|
| JMAS ENTERPRISES, INC., and PHD MARKETING, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>ASHLYNN MARKETING GROUP, INC., KASSIR IMPORT-EXPORT CO., INC. dba KASSIR CO., ZIAD G. KASSIR, WASEM SALIMAN, ROSS JARAMILLO, POWAY DISTRIBUTION, NEWOTECH INDUSTRIAL LTD. dba VITA TECH<br><br>Defendants. | Case No.: 11 CV 06258 SVW PJWx<br><br>HON. STEPHEN V. WILSON<br><br>STIPULATED FINAL ~~[PROPOSED]~~ CONSENT JUDGMENT AND PERMANENT INJUNCTION |

| | |
|---|---|
| ASHLYNN MARKETING GROUP, INC.,<br>Counterclaimant,<br>vs.<br>JMAS ENTERPRISES, INC., PHD MARKETING, INC. and THAER AHMAD and ROES 1-10 inclusive,<br>Counterclaim-Defendants | |

**CONSENT JUDGMENT**

Plaintiffs JMAS Enterprises Inc., a Florida corporation; ("JMAS"), PHD Marketing, Inc., a California corporation ("PHD"); and Thaer "Mike" Ahmad ("Ahmad") on the one hand; and Kassir Import-Export Co., Inc. d/b/a Kassir Co., ("Kassir Co.") a California corporation; and Ashylnn Marketing Group, Inc., a California corporation ("Ashlynn"), on the other hand, having considered the facts and applicable law and having agreed to the entry of this Stipulated Final Consent Judgment and Permanent Injunction ("Consent Judgment"), and having stipulated to entry of final judgment in this action, it is hereby ordered, adjudged, and decreed as follows. JMAS, PHD, Ahmad, Kassir Co., and Ashylnn are referred to herein as the "Parties" and each, individually, is referred to herein as a "Party." JMAS, PHD and Ahmad are sometimes referred to herein as "Plaintiffs." Kassir Co. and Ashlynn are sometimes referred to herein as "Defendants."

**FINDINGS OF FACT**

1. Plaintiff JMAS is a corporation organized and existing under the laws of the state of Florida. Plaintiff PHD is a corporation organized and existing under the laws of the state of California. JMAS and PHD each have their principal place of business located at 464 E. 4th Street, Los Angeles, CA 90013. JMAS and PHD are in the business of selling general merchandise to distributors, wholesalers, and retailers. One such item of merchandise is SQUARE brand e-cigarettes ("SQUARE E-Cigarettes").

2. Defendant Kassir Co. is a corporation organized and existing under the laws of the state of California, with its principal place of business located at 5635 Smithway St., Los Angeles, CA 90040. Kassir Co. claims to be the exclusive distributor of IMPERIAL brand e-cigarettes ("IMPERIAL E-Cigarettes).

3. Defendant Ashlynn is a corporation organized and existing under the laws of the state of California, with a principal place of business located at 124 W. Main St., Suite 210, El Cajon, CA 92020. Ashlynn claims to import IMPERIAL E-Cigarettes.

4. Plaintiffs own all right, title, and interest in, including the right to sue thereon and the right to recover for infringement thereof, U.S. Copyright TX-7-384-196 (the "JMAS Copyright"), and pending U.S. Trademark Application Nos. 85374845 and 85374854, and Nevada Trademark Registration Nos.

20110541230-99 and 20110541242-32 (the "JMAS Trademarks").

5. JMAS and PHD brought this action against Defendants and others for alleged infringement of the JMAS Copyright and JMAS Trademarks, as well as for false designation of origin, false representation of fact, and California statutory and common law unfair competition. Defendants brought Counterclaims against Plaintiffs for declaratory judgment of non-infringement, unfair competition, copyright misuse, intentional interference with contract and prospective economic advantage, and injunctive relief.

6. Defendants have imported into, sold within, and offered to sell within, the United States, including in the State of California, certain IMPERIAL E-Cigarettes that Plaintiffs have alleged infringe the JMAS Copyright and the JMAS Trademarks (hereinafter, the "Accused Products"). Images of certain of the Accused Products are attached hereto as "Attachment G-1," incorporated herein by reference.

7. Defendants hereby stipulate that Plaintiffs are the owners of the JMAS Copyright and JMAS Trademarks, and that Plaintiffs have imported and sold SQUARE E-Cigarettes in the United States and that Defendants have imported and sold IMPERIAL E-Cigarettes in the United States.

8. Defendants hereby stipulate that the JMAS Copyright is valid and enforceable, and the JMAS Trademarks are non-functional, distinctive, valid

and enforceable, and that Defendants will not contest or assist another in contesting infringement of the JMAS Copyright and JMAS Trademark.

9. Any finding of fact which is deemed to be a Conclusion of Law is hereby adopted as such. Any Conclusion of Law which is deemed to be a finding of fact is hereby adopted as such.

10. The Parties seek to terminate this litigation without admitting fault or wrongdoing through this Consent Judgment.

## CONCLUSIONS OF LAW

11. This is an action for, inter alia, copyright infringement and trademark infringement arising under the laws of the United States, 17 U.S.C. §§ 101 et seq., the Lanham Act, 15 U.S.C. § 1125(a). This Court has jurisdiction over the subject matter of this lawsuit pursuant to 28 U.S.C. §§ 1331 and 1338(a).

12. This Court has personal jurisdiction over the Parties, and venue is proper in this district pursuant to 28 U.S.C. § 1400(b).

13. The JMAS Copyright is valid and enforceable.

14. The JMAS Trademarks are non-functional, distinctive, valid and enforceable.

15. Plaintiffs have alleged that Defendants have infringed directly, contributorily, and/or by inducement the JMAS Copyright and the JMAS Trademarks by virtue of their sale of the Accused Products. Plaintiffs have

alleged, and Defendants do not contest, and on that basis the Court finds that the Accused Products all infringe the JMAS Copyright and the JMAS Trademarks. No determination is made that models of IMPERIAL E-Cigarettes that are colorably different from the Accused Products infringe or do not infringe the JMAS Copyright or the JMAS Trademarks.

16. The Parties intend and this Court explicitly orders that the issues of distinctiveness, functionality, validity, enforceability, and infringement are hereby finally concluded and disposed of and this Consent Judgment bars Defendants from contending in this action or any other proceeding that the Accused Products and other products that are not colorably different therefrom do not infringe the JMAS Copyright and JMAS Trademarks.

17. This Judgment shall finally conclude and dispose of this litigation, and, as to Plaintiffs and Defendants this Judgment shall be entitled to issue and claim preclusion effect in future litigation or Copyright Office or Trademark Office proceedings related to the JMAS Copyright or JMAS Trademarks.

**IT IS HEREBY FOUND, ORDERED, ADJUDGED, AND DECREED THAT:**

A. Remedies and Releases for past infringement and Notice Obligations before bringing future patent lawsuits, shall be in accordance with a

Confidential Settlement Agreement made and entered into by the Parties on February 14, 2012.

   B. Defendants Ashlynn and Kassir Co., their officers, directors, and all persons who are in active concert or participation with, under or through them, or any of them, and who receive actual notice of this judgment, by personal service or otherwise, are hereby permanently enjoined from the sale of infringing Accused Products, any other products not colorably different therefrom and from any other acts that directly or indirectly infringe the JMAS Copyright or JMAS Trademarks, and from causing, inducing or contributing to the infringement of the JMAS Copyright or JMAS Trademarks by others.

   C. This Consent Judgment shall become null and void on the expiration date of the last to expire of the JMAS Copyright or JMAS Trademarks. This Consent Judgment shall not apply with respect to any claim of an intellectual property right that has expired or been found or adjudicated invalid or unenforceable by a court of competent jurisdiction, provided that such finding or judgment has become final and non-reviewable.

   D. This Court retains exclusive jurisdiction of this action for the purpose of insuring compliance with this Consent Judgment and enforcement of the Confidential Settlement Agreement.

   E. No appeal shall be taken by any party from this Consent

Judgment, the right to appeal from this Consent Judgment being expressly waived by the Parties.

F. This Consent Judgment shall finally conclude and dispose of all claims and counterclaims of Plaintiffs against Defendants and of Defendants and their officers against Plaintiffs with prejudice.

G. Each party shall bear its own costs and attorney's fees.

H. Final Judgment shall be entered hereto, forthwith, without further notice.

The Clerk is directed to enter this Final Consent Judgment and Permanent Injunction forthwith.

Dated: March 22, 2012

FOX ROTHSCHILD LLP

By ______________________

Aaron Craig

Attorneys for Plaintiffs and Counter-Defendants JMAS Enterprises, Inc., PHD Marketing Inc., and Thaer Ahmad.

Dated: March 22, 2012

LAW OFFICES OF GARY L. EASTMAN, APLC

By [signature]
Gary L. Eastman, Esq.

Attorneys for Defendants Ashlynn Marketing Group, Inc., Kassir Import-Export Company, Inc., Ziad Kassir, Wasem Saliman, Poway Distribution and Ross Jaramillo

**IT IS SO ORDERED.**

Dated: 5/4/12

[signature]
The Honorable Judge Stephen Wilson
United States District Court Judge

# ATTACHMENT G-1

SQUARE
LASTS UP TO
500 PUFFS
DISPOSABLE
SQUARE
SQUARE
ORIGINAL RED
IMPERIAL



# DISPOSABLE E-CIGARETTES

## IMPERIAL SMOKE

500 PUFFS

FULL FLAVOR

IMPERIAL

MENTHOL

IMPERIAL

VANILLA

IMPERIAL

CHERRY

IMPERIAL

DOUBLE APPLE

IMPERIAL

STRAWBERRY

IMPERIAL

# SOLD HERE

www.imperialcigs.com

**Warning:** This product contains chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. You must be of legal smoking age (depending on your state's laws) to purchase or use our products.